IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JEFFRY R. BROOKS, | ) | |
|             Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 11-2600-CM-DJW |
| | ) | |
| UNIVERSAL UNDERWRITERS GROUP; | ) | |
| ZURICH AMERICAN INSURANCE | ) | |
| COMPANY; ZURICH HOLDING COMPANY | ) | |
| OF AMERICA, INC. d/b/a ZURICH, | ) | |
|             Defendant. | ) | |

## AGREED STIPULATION OF DISMISSAL
## WITH PREJUDICE

On this 7th day of June, 2012, this matter comes before the Court by agreement of plaintiff Jeffry Brooks ("Plaintiff") and Defendants Universal Underwriters Group and Zurich Holding Company of America, Inc. d/b/a Zurich ("Defendant") (collectively "the Parties") for dismissal of all claims with prejudice. Plaintiff appears by and through his counsel of record, Aaron C. McKee of McKee Law, L.L.C. Defendant appears by and through its counsel of record Donald S. Prophete and Nicole Hininger Howell of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

WHEREUPON, the Court having been informed that the Parties have stipulated to the dismissal of all claims filed by Plaintiff Jeffry Brooks in the above-captioned action, with prejudice, with each party bearing its own costs, the Court finds the above-captioned action should be dismissed.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT, all claims relating to or arising out of the transactions and occurrences alleged by plaintiff Jeffry Brooks in Plaintiff's Complaint or this litigation between the Parties are hereby DISMISSED WITH PREJUDICE to the refiling of same, with each party to bear its own costs.



IT IS SO ORDERED.

                                          Carlos Murguia
                                          UNITED STATES DISTRICT JUDGE

## VERIFICATION

STATE OF KANSAS      )
                             ) ss:
COUNTY OF JOHNSON  )

      Jeffry R. Brooks, of lawful age, upon his oath being first duly sworn, states that he is the plaintiff herein; that he has read the above and foregoing, knows the contents thereof, and that he believes that the statements and allegations therein contained are true.

                                                          JEFFRY R. BROOKS

Subscribed and sworn to before me this 5th day of June, 2012.

My appointment expires: _____

                                               Notary Public

NOTARY PUBLIC - State of Kansas
AARON C. McKEE
My Appt. Exp. 7/16/15

Respectfully submitted,

| /s/ Aaron C. McKee | /s/ Nicole Hininger Howell |
|---|---|
| Aaron C. McKee, Kansas No. 20889 | Donald S. Prophete, Kansas No. 77936 |
| 13470 S. Arapaho Drive, Suite 170 | Nicole Hininger Howell, Kansas No. 77994 |
| Olathe, Kansas 66062 | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Phone: (913) 768-6400 | Park Central Plaza |
| Facsimile: (913) 768-6420 | 4717 Grand Avenue, Suite 300 |
| aaronmckee@mckee-law.com | Kansas City, Missouri 64112 |
| **ATTORNEY FOR PLAINTIFF** | 816.471.1301 |
| **JEFFRY BROOKS** | 816.471.1303 *(Facsimile)* |
| | donald.prophete@ogletreedeakins.com |
| | nikki.howell@ogletreedeakins.com |
| | **ATTORNEYS FOR DEFENDANT** |
| | **ZURICH AMERICAN INSURANCE** |
| | **COMPANY** |